IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00043-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN PEDRO-JUAN,

    Defendant.

---

**ORDER TO RESET CHANGE OF PLEA HEARING**

---

    Defendant's Unopposed Motion to Continue Change of Plea Hearing (Dkt. # 27) is GRANTED. It is hereby

    ORDERED that the change of plea hearing currently set for January 9, 2006 is RESET to **January 17, 2006 at 2:00 p.m.**

    DATED: January 6, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge